IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BO PETE JEFFREY,
          Appellant,

 v.

Case No.  5D21-1904
LT Case No. 2018-CF-4670

STATE OF FLORIDA,
          Appellee.
_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for Appellant.

Bo Pete Jeffrey, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

          AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.